UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**JERAD MACKENZIE BARRETT**              CIVIL ACTION # 3:23-cv-00008

**VERSUS**                                JUDGE: John W. deGravelles

**COY'S DIESEL SPECIALTIES, LLC**         MAG.: Richard L. Bourgeois, Jr.

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, *et seq.*, Defendant, Coy's Diesel Specialties, LLC ("Coys"), hereby removes the captioned matter from the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, and to the extent required, reserves any and all rights, objections, defenses and exceptions. Coys respectfully represents as follows:

1.

The captioned matter may be removed to this Court pursuant to 28 U.S.C. § 1441 because the Court has original jurisdiction over the matter in accordance with 28 U.S.C. § 1332.

2.

On or about June 18, 2019, Jared Mackenzie Barrett ("JMB") filed a Petition citing Coys as a defendant in the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana ("State Court"), bearing the caption *Jared Mackenzie Barrett v. Coy's Diesel Specialties, LLC*, Civ. Act. No. 125883. JMB asserted claims of conversion, fraud, and loss of use against Coys. On or about September 30, 2019, JMB filed a Supplemental and Amending Petition citing Southern Information Systems, Inc. ("SIS") as an additional defendant. On February 13, 2020, Coys filed a reconventional demand against JMB for breach of contract and open account. On November 28, 2022, the district court signed a Judgment dismissing SIS from the lawsuit.

3.

On April 17, 2020, JMB filed and Answer to Coy's reconventional demand. On November 6, 2020, Coys filed an Answer to JMB's Petition and Amended Petition.

4.

On March 8, 2020, counsel for JMB issued a letter to Coys outlining the alleged damages incurred by JMB in this dispute, which totaled $346,882.63 as of the date of the letter.[1]

5.

JMB's petition asserts that he is a resident and domicile of Orleans Parish in Louisiana. However, on December 6, 2022, Coys took the personal deposition of JMB. JMB did testify that he has been a resident and domicile in the State of Arkansas for the past ten years.[2]

6.

Coys, a limited liability company organized and existing pursuant to the laws of the State of Louisiana, derives its citizenships from that of its members. Coys is composed of two members: Coy Redmond, an individual domiciled and residing in Louisiana, Jamie Redmond, an individual domiciled and residing in Louisiana. Accordingly, Coys is a Louisiana citizen within the meaning of the Acts of Congress relating to the diversity of citizenship.

7.

JMB is an individual domiciled and residing in Arkansas.

8.

Complete diversity exists between Coys and JMB.

9.

The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, because JMB seeks to recover from Coys damages in the amount of $346,882.63. *See*

---

[1] Exhibit A – Letter from JMB
[2] Exhibit B – Deposition Transcript of JMB pgs. 13-15.

Exhibit "A."

10.

The U.S. District Court for the Middle District of Louisiana is the district "embracing the place" where the State Court action is pending, in accordance with 28 U.S.C. § 1441(a).

11.

Pursuant to 28 U.S.C. § 1446(d), Coys will promptly notify JMB, in writing, of the filing of this Notice of Removal and effect removal by filing a Notice of Filing Notice of Removal with the Clerk of the State Court.[3] Attached hereto as Exhibit "C" is a copy of the Notice of Filing Notice of Removal that Coys will promptly file with the State Court.

**WHEREFORE**, Coy's Diesel Specialties, LLC, respectfully represents that it has removed the action filed against it by Jared Mackenzie Barrett in the 23rd Judicial District Court for the Parish of Ascension to the U.S. District Court for the Middle District of Louisiana, in accordance with 28 U.S.C. § 1441, *et seq*.

BY ATTORNEYS:
G. STEVEN DUPLECHAIN, APLC

   *s/ T. Michael Murphy*
G. Steven Duplechain, Bar Roll No. 5200
**T. Michael Murphy, Bar Roll No. 36328**
G. Steven Duplechain, APLC
8708 Jefferson Highway, Ste. B
Baton Rouge, Louisiana 70809
Tel: (225) 926-1700
Fax: (225) 924-2500
mike@duplechainlaw.com

---

[3] Exhibit C – Notice of Filing Notice of Removal

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of January 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

_____*s/ T. Michael Murphy*_____