## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**JERAD MACKENZIE BARRETT**          **CIVIL ACTION # 3:23-cv-00008**

**VERSUS**                           **JUDGE: John W. deGravelles**

**COY'S DIESEL SPECIALTIES, LLC**    **MAG.: Richard L. Bourgeois, Jr.**

---

## MOTION TO SUBSTITUTE

**NOW INTO COURT**, through undersigned counsel, comes Coy's Diesel Specialties, LLC ("Coys"), who requests the Court substitute the Notice of Removal filed by Coys for the following reasons:

Coys was notified by the clerk that the Court does not accept pleadings with "et. al" in the caption. As a result, Coys requests that its Notice of Removal (rec. doc. 1) be substituted with the attached Notice of Removal, which contains the appropriate caption.

**WHEREFORE** Coy's Diesel Specialties, LLC prays this Motion to Substitute be granted and that Coys' Notice of Removal (rec. doc. 1) be substituted with the attached the Notice of Removal, which contains the appropriate caption.

BY ATTORNEYS:
G. STEVEN DUPLECHAIN, APLC


   *s/ T. Michael Murphy*
G. Steven Duplechain, Bar Roll No. 5200
**T. Michael Murphy, Bar Roll No. 36328**
G. Steven Duplechain, APLC
8708 Jefferson Highway, Ste. B
Baton Rouge, Louisiana 70809
Tel:  (225) 926-1700
Fax:  (225) 924-2500
mike@duplechainlaw.com

1

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 11th day of January 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

     _____*s/ T. Michael Murphy*_____