UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JERAD MACKENZIE BARRETT**            **CIVIL ACTION # 3:23-cv-00008**

**VERSUS**                             **JUDGE: John W. DeGravelles**

**COYS DIESEL SPECIALTIES, LLC**       **MAG: Richard L. Bourgeois**

## NOTICE OF SETTLEMENT

Defendant, Coy's Diesel Specialties, LLC ("Defendant"), and Plaintiff, Jared Mackenzie Barrett ("Plaintiff") (collectively "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1. The Parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. Plaintiff shall pay Defendant a lump sum, inclusive of all attorneys' fees and costs in this matter in complete satisfaction of any and all claims of attorneys' fees, expenses, costs, interest, and any other sums related to this litigation.

3. Payment will be made by certified funds to the Defendant.

4. This Notice of Settlement and Stipulation of Dismissal shall not constitute an admission of liability or fault on the part of the Plaintiff or Defendant and is entered into by both Parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

SIGNATURE OF ATTORNEYS ON FOLLOWING PAGE

Respectfully Submitted:

BY ATTORNEY
FRANK G. DESALVO, APLC
BY: **/s/Shannon R. Bourgeois**
FRANK G. DESALVO, #4898
SHANNON R. BOURGEOIS, #30033
739 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 524-4191
Facsimile: (504) 821-0036
sbourgeois@fdesalvo.com
*Attorneys for Jerad Mackenzie Barrett*

G. STEVEN DUPLECHAIN, APLC
BY: **/s/ T. Michael Murphy**_____
G. Steven Duplechain, Bar Roll 5200
**T. Michael Murphy, Bar Roll 36328**
8708 Jefferson Hwy., Suite B
Baton Rouge, Louisiana, 70809
225-926-1700 ext 206
225-924-2500 fax
mike@duplechainlaw.com
*Attorneys for Coy's Diesel Specialties, LLC*